IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3049 |
| | ) | |
| vs. | ) | DETENTION ORDER |
| | ) | |
| EDUARDO COVARRUBIAS, | ) | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| Defendant. | ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

May 30, 2012    BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge